UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20777-CIV-LENARD/GARBER

WILLIAM M. COHEN, D.M.D.,
M.S., GREATER ST. LOUIS
PERIODONTICS, P.C.,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

IMPLANT INNOVATIONS, INC., d/b/a
"3i",

    Defendant.
_____/

## CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

    This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Garber.

    DONE AND ORDERED at Miami, Florida, this **13th** day of June, 2008.

                                                    _____
                                                    JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Lenard
U.S. Magistrate Judge Garber